UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TARA NATWICK,

    Plaintiff,

                                        Case No.: 6:22-cv-1607-PGB-EJK

vs.

FIRST CHOICE MEDICAL
GROUP OF BREVARD, LLC, and
LANCE FRIEDMAN, Individually,

    Defendants.
_____/

### NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiff, TARA NATWICK ("Plaintiff"), by and through her undersigned counsel, pursuant to Middle District of Florida Local Rule 2.02 (a), hereby notifies the Court and all Counsel of Record of Miguel Bouzas' designation as Lead Counsel for Plaintiff in this action, and requests to be served with all pleadings and other documents in this matter.

Miguel Bouzas, Esq. is registered to receive notices at the following: miguel@fgbolaw.com.

Dated: December 13, 2022.

                                        Respectfully submitted,

                                        **FLORIN GRAY BOUZAS OWENS, LLC**

                                        */s/ Miguel Bouzas*_____

                    **MIGUEL BOUZAS, ESQUIRE**
                    Florida Bar No.: 48943
                    miguel@fgbolaw.com
                    **WOLFGANG M. FLORIN**, **ESQUIRE**
                    Florida Bar No.: 907804
                    wolfgang@fgbolaw.com
                    16524 Pointe Village Drive
                    Suite 100
                    Lutz, Florida 33558
                    (727) 254-5255
                    (727) 483-7942 (fax)
                    *Trial Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 13, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                      s/ *Miguel Bouzas*
                                      Attorney for Plaintiff