UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TARA NATWICK, on behalf of herself and all other similarly situated,

    Plaintiff,

v.

FIRST CHOICE MEDICAL GROUP OF BREVARD, LLC, d/b/a EMERGE HEALTHCARE GROUP, LLC and LANCE FRIEDMAN, Individually,

    Defendants.
_____/

Case No.: 6:22-cv-1607-PGB-EJK

## SUPPLEMENT TO DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES TO ASSERT COUNTERCLAIM

On December 22, 2022, Defendants, FIRST CHOICE MEDICAL GROUP OF BREVARD, LLC, d/b/a EMERGE HEALTHCARE GROUP, LLC ("FIRST CHOICE") and LANCE FRIEDMAN, Individually ("FRIEDMAN"), by and through their undersigned attorneys, filed their Motion for Leave to Amend Answer and Affirmative Defenses to Assert Counterclaim. (Doc. No. 28). Defendants hereby supplement their Motion for Leave to Amend Answer and Affirmative Defenses to Assert Counterclaim as follows:

    1.    The Local Rule 3.01(g) Certification included in Defendants' Motion for Leave to Amend Answer and Affirmative Defenses to Assert Counterclaim stated that Defendants' counsel conferred with Plaintiff's counsel, Miguel Bouzas, Esq., via

telephone on December 22, 2022, in a good faith effort to resolve this Motion; that Mr. Bouzas stated he would contact his client to determine whether she opposed this Motion; and that a response was not available before the filing of the Motion. The Certification also stated that Defendants' counsel would contact Mr. Bouzas again and supplement the Motion within three days with a statement certifying whether the parties have resolved all or part of the Motion.

    2.    Pursuant to Local Rule 3.01(g)(3), Defendants hereby revise the Local Rule 3.01(g) Certification contained in the Motion for Leave to Amend Answer and Affirmative Defenses to Assert Counterclaim as follows:

## **Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that his Associate Attorney, Erika McBryde, conferred with Plaintiff's counsel, Miguel Bouzas, Esq., via telephone on December 22, 2022, in a good faith effort to resolve this Motion; that Mr. Bouzas stated he would contact his client to determine whether the Plaintiff opposes this Motion; and that a response was not available before the filing of this Motion. The office of the undersigned counsel subsequently contacted Mr. Bouzas by e-mail on December 27, 2022, and Mr. Bouzas stated that the Plaintiff opposes the Motion for Leave to Amend Answer and Affirmative Defenses to Assert Counterclaim.

Dated:  December 28, 2022               Respectfully Submitted,

                                        /s/ Allan P. Whitehead
                                        Allan P. Whitehead
                                        Florida Bar No. 870927

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  The foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

      /s/ Allan P. Whitehead
Allan P. Whitehead
Florida Bar No. 870927
James D. Henderson
Florida Bar No. 0084257
Frese, Whitehead, Anderson & Henderson, P.A.
2200 Front Street, Suite 301
Melbourne, Florida  32901
Telephone:  321.984.3300
Facsimile:  321.951.3741
awhitehead@fresewhitehead.com
jhenderson@fresewhitehead.com
Attorneys for Defendants

## SERVICE LIST

Miguel Bouzas, Esq.
Wolfgang M. Florin, Esq.
miguel@fgbolaw.com
wolfgang@fgbolaw.com
Florin Gray Bouzas Owens, LLC
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone: 727.254.5255
Facsimile: 727.483.7942
Attorney for Plaintiff
*served by CM/ECF*