UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:22-cv-1607-PGB-EJK

TARA NATWICK, on behalf of
herself and all other similarly situated,

    Plaintiff,

v.

FIRST CHOICE MEDICAL GROUP OF
BREVARD, LLC, d/b/a EMERGE HEALTHCARE
GROUP, LLC and LANCE FRIEDMAN, Individually,

    Defendants.
_____/

### NOTICE OF FILING REVISED SETTLEMENT AGREEMENT

    The Defendants, FIRST CHOICE MEDICAL GROUP OF BREVARD, LLC, d/b/a EMERGE HEALTHCARE GROUP, LLC and LANCE FRIEDMAN, by and through their undersigned attorney, and pursuant to this Court's Endorsed Order [Doc No. 56] entered on October 26, 2023, hereby give notice of filing the revised Settlement Agreement executed by the parties herein on October 27, 2023. The Settlement Agreement is attached hereto for the Court's review. *See* **Exhibit "A."**

Dated: October 27, 2023        Respectfully Submitted,

                               /s/ Allan P. Whitehead
                              Allan P. Whitehead
                              Florida Bar No. 870927

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on October 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  The foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

 /s/ Allan P. Whitehead
Allan P. Whitehead
Florida Bar No. 870927
James D. Henderson
Florida Bar No. 0084257
Frese, Whitehead, Anderson & Henderson, P.A.
2200 Front Street, Suite 301
Melbourne, Florida  32901
Telephone:  321.984.3300
Facsimile:  321.951.3741
awhitehead@fresewhitehead.com
jhenderson@fresewhitehead.com
Attorneys for Defendants

## SERVICE LIST

Miguel Bouzas, Esq.
Wolfgang M. Florin, Esq.
Miguel@fgbolaw.com
Wolfgang@fgbolaw.com
Florin Gray Bouzas Owens, LLC
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone: 727.254.5255
Facsimile: 727.483.7942
Attorney for Plaintiff
*served by CM/ECF*

I:\Allan\Emerge HealthCare\Natwick\notice of filing revised settlement agreement 102723.wpd