# EXHIBIT A

**MUTUAL GENERAL RELEASE**

**THIS MUTUAL GENERAL RELEASE** is hereby executed by Tara Natwick (hereafter "Employee") and First Choice Medical Group of Brevard, LLC d/b/a Emerge Healthcare Groups, LLC and Lance Friedman (hereafter collectively "Employer") as of the date indicated below.

Employee sued Employer in the case currently pending in the U.S. District Court for the Middle District of Florida, Case. No. 6:22-cv-1607-PGB-EJK. The parties now wish to resolve the lawsuit to avoid the cost, expense, and uncertainty of future litigation upon the terms set forth herein.

For the sum of Fifteen Thousand dollars ($15,000.00) (hereafter the "Release Payment"), Employee hereby releases First Choice Medical Group of Brevard, LLC d/b/a Emerge Healthcare Groups, LLC and Lance Friedman from any and all wage claims arising out of or related to the payment of wages during Employee's employment with Employer, including any claims Employee may have under the Fair Labor Standards Act ("FLSA"), the Florida Minimum Wage Act, the Florida Constitution, and any and all other applicable state, federal, county, or local ordinances, statutes, or regulations as set forth in Case No. 6:22-cv-1607-PGB-EJK. Employee understands that this release of claims shall not include any claims that cannot be released by private agreement as a matter of law.

The Release Payment shall be paid as follows:

a. By check payable to Tara Natwick in the amount of Seven Thousand One Hundred and Fifty Six Dollars and 63/100 ($7,156.63).

b. By check payable to Florin Gray Bouzas Owens, LLC in the amount of Seven Thousand Eight Hundred and Forty Three Dollars and 37/100 ($7,843.37) for

1

        attorney's fees and costs;

c.    Employer shall pay 50% the above sums within twenty (20) calendar days of the execution of this Agreement by Tara Natwick and delivery to counsel for Employer's counsel, Allan Whitehead, Esq. Employer shall pay the remaining 50% within 45 days of the first payments.

d.    In addition, Employer shall pay the full cost of the mediation held in this matter on August 8, 2023.

e.    The settlement checks shall be delivered to Florin Gray Bouzas Owens, LLC at: 16524 Pointe Village Drive, Suite 100, Lutz, FL 33558.

f.    Within seven days of receipt of all of the settlement checks, Employee shall file a joint stipulation dismissing the lawsuit with prejudice.

g.    In the event of a breach of Employer's payment obligations set forth in this agreement, Employee may reinstate all of her claims against all parties.

Further, in consideration of the foregoing, Employer does hereby remise, release and forever discharge Employee TARA NATWICK and all who stand in privity with her, her spouse, heirs, owners, administrators, managers, successors, assigns, agents, employees, or any other persons, firms, corporations, associations or partnerships, who might be liable for any and all manner of claims, demands, actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, costs, expenses and compensation whatsoever, in law or in equity, which the Employer had, now have, or which their attorneys or assigns hereafter can, shall or may have arising out of Employee's employment with Employer.

Employee hereby warrants that she has not assigned, sold, subrogated, transferred, or conveyed to anyone any actions, causes of action, claims, or demands that she now has or ever had against Employer.

Employee acknowledges that she has carefully read and considered the contents of this Release, and that Employee fully understands all of its provisions and is voluntarily, willingly, and knowingly signing this Release. Employee has had ample opportunity to consult with her attorney prior to signing this Release. Employee understands its terms and the effect of the Release.

Employee acknowledges that Employee has been informed that Employee has the right to consider this Release for period of at least (21) days prior to signing. Employee also understands Employee has the right to revoke this Agreement /Release for a period of (7) calendar days following Employee's execution of this Agreement, by giving written notice to the Employer.

It is understood that the execution of this Agreement does not constitute an admission by Employer that it has violated any law, statute, rule, regulation or ordinance of the United States, the State of Florida, or any other state, county, or municipality, or committed any common law or statutory tort.

THE UNDERSIGNED STATES THAT SHE HAS CAREFULLY READ THIS AGREEMENT AND KNOWS AND UNDERSTANDS THE CONTENTS THEREOF AND THAT HE EXECUTED THE SAME AS HIS FREE ACT AND DEED.

_____  
ID SCCzqPEwHRVxZnzyZ4zRrK4t  
Tara Natwick

Date: 10/27/2023

First Choice Medical Group of Brevard,  
LLC d/b/a Emerge Healthcare, LLC

By: Lance Friedman  
Its: CEO  
Date: 27 October 2023

_____  
Lance Friedman

Date: 27 October 2023

3

## eSignature Details

**Signer ID:**      **SCCzqPEwHRVxZnzyZ4zRrK4t**
Signed by:          Tara Natwick
Sent to email:      taranatwick@yahoo.com
IP Address:         174.212.38.44
Signed at:          Oct 27 2023, 11:12 am EDT